

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00338-CV
_____

SUNOCO ENERGY SOLUTIONS, LLC, Appellant

V.

ALEXANDER, WINTON & ASSOCIATES INC., Appellee

On Appeal from the 271st District Court
Wise County, Texas
Trial Court No. CV22-05-346

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  November 27, 2024